# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*
Register of Copyrights
United States of America

**REGISTRATION NUMBER**
PAu 107-461
PA (PAU)

**EFFECTIVE DATE OF REGISTRATION**
May 21 1979
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK: `Bridge Through Time`

NATURE OF THIS WORK: (See instructions) Music

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: Eric P. Saunders
   Was this author's contribution to the work a "work made for hire"? Yes ___ No ___
   DATES OF BIRTH AND DEATH: Born 55 (Year) Died — (Year)
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. or Domiciled in ___
   WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK: Anonymous? Yes ___ No ✓   Pseudonymous? Yes ___ No ___
   AUTHOR OF: (Briefly describe nature of this author's contribution) Music

2. NAME OF AUTHOR:
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ___ or Domiciled in ___
   AUTHOR OF:

3. NAME OF AUTHOR:
   AUTHOR'S NATIONALITY OR DOMICILE: Citizen of ___ or Domiciled in ___
   AUTHOR OF:

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1979

DATE AND NATION OF FIRST PUBLICATION:
Date (Month) (Day) (Year)
Nation (Name of Country)
(Complete this block ONLY if this work has been published.)

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Eric P. Saunders
17 Wood Place
New Rochelle N.Y. 10801

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

Complete all applicable spaces (numbers 5–9) on the reverse
Follow detailed instructions
Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| | | | |
|---|---|---|---|
| | EXAMINED BY: RW | RECEIVED: 21 MAY 1979 | FOR COPYRIGHT OFFICE USE ONLY |
| | CHECKED BY: | | |
| PAu 107-461 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 21 MAY 1979 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 246864 MAY 21 79 | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ......... No ✓

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .................... Year of Registration ...........

**⑤ Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

N/A

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

N/A

**⑥ Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....................

Account Number: ....................

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Eric P. Saunders
Address: 17 Wood Place (Apt.)
New Rochelle N.Y. 10801
(City) (State) (ZIP)

**⑦ Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
✓ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of ....................
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Eric P. Saunders

Typed or printed name: 17 Wood Pl. New Rochelle ERIC P SAUNDERS Date MAY 14, 1979

**⑧ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Eric P. Saunders (Name)
17 Wood Place (Number, Street and Apartment Number)
New Rochelle N.Y. 10801
(City) (State) (ZIP code)

15 JUN 1979
(Certificate will be mailed in window envelope)

**⑨ Address For Return of Certificate**

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by §
section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.