# FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 78-599

PA    PAU

EFFECTIVE DATE OF REGISTRATION

2 3 JUN 1980

(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)

**① Title**

TITLE OF THIS WORK: BRIDGE THROUGH TIME

NATURE OF THIS WORK: (See instructions) music

PREVIOUS OR ALTERNATIVE TITLES:

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

1. NAME OF AUTHOR: Eric P. Saunders
Was this author's contribution to the work a "work made for hire"? Yes ... No X
DATES OF BIRTH AND DEATH: Born ... Died ...
AUTHOR'S NATIONALITY OR DOMICILE: Citizen of U.S.A. or Domiciled in ...
WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes ... No X
Pseudonymous? Yes ... No X
AUTHOR OF: music

2. NAME OF AUTHOR:
(blank)

3. NAME OF AUTHOR:
(blank)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED: Year 1979

DATE AND NATION OF FIRST PUBLICATION:
Date: March 25, 1980
Nation: United States of America

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Echoes of the Cosmos Publishing Company
1344 Manor Circle
Pelham Manor, NY 10803

TRANSFER: by assignment from author

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached
- Sign the form at line 8

PHONORECORD

DO NOT WRITE HERE
Page 1 of ... pages

\* See PA 89-268

PA - 78-599

EXAMINED BY: el
CHECKED BY:

CORRESPONDENCE:
☐ Yes

DEPOSIT ACCOUNT FUNDS USED: ☒

APPLICATION RECEIVED: 23 JUN 1980
DEPOSIT RECEIVED: 23 JUN 1980
REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes .... X .. No .......

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☒ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number .... PAu 107-461 .... Year of Registration .... 1979

**5** Previous Registration

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)

**6** Compilation or Derivative Work

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: CHAPPELL & CO., INC.
Account Number: DA 021717

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CHAPPELL & CO., INC. (Greg Boals)
Address: 810 Seventh Avenue
New York, N.Y. 10019
Attn: Copyright Dept.

**7** Fee and Correspondence

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Echoes of the Cosmos Publishing Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Gregory K Boals
Typed or printed name: Gregory K Boals     Date 6/17/80

**8** Certification (Application must be signed)

MAIL CERTIFICATE TO

CHAPPELL & CO., INC.
810 Seventh Avenue
New York, N.Y. 10019
Attn: Copyright Dept.

(Certificate will be mailed in window envelope)

**9** Address For Return of Certificate

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

U.S. GOVERNMENT PRINTING OFFICE: 1979—261-421/10

July 1979—125,000