

Green Patent Law
7 Eldredge Place
Rye, NY 10580
619.818.6043
www.greenpatentlaw.com

May 18, 2017

<u>Via Email and Registered Mail</u>
plewit@davisshapiro.com

Peter Lewit
Davis Shapiro Lewit Grabel Leven Grander
414 W. 14th Street, 5th Floor
New York, NY 10014

Re: <u>**Copyright Infringement of Bridge Through Time**</u>

Dear Mr. Lewit:

My firm represents Mr. Abdul Wali Muhammad f/k/a Eric P. Saunders. Mr. Muhammad owns copyrights for the musical composition "Bridge Through Time" and the sound recording of the same name, which he recorded with Lonnie Liston Smith (hereinafter "Copyrighted Works"), as follows:

- U.S. Copyright Registration No. PAu 107-461, entitled "Bridge Through Time" and registered May 21, 1979 (Exhibit A)

- U.S. Copyright Registration No. PA 78-599, entitled "Bridge Through Time" and registered June 23, 1980 (Exhibit B)

- U.S. Copyright Registration No. PA 89-268, entitled "Bridge Through Time" and registered November 3, 1980 (Exhibit C)

It has come to our attention that Chance the Rapper has sampled a substantial majority portion of Bridge Through Time without permission on his recording entitled "Windows." This unauthorized use constitutes infringement of my client's Copyrighted Works, and very likely willful infringement.

Mr. Muhammad intends to protect his intellectual property by, among other things, preventing unauthorized sampling of his Copyrighted Works. Accordingly, we hereby demand that Chance the Rapper immediately cease and desist from any performance, distribution, sale, offer for sale, offer for download or any other use of Windows.



Green Patent Law
7 Eldredge Place
Rye, NY 10580
619.818.6043
www.greenpatentlaw.com

We trust that Chance the Rapper will take the necessary steps to stop these activities and prevent further infringement of the Copyrighted Works.  Please call or email me to discuss this matter at your earliest convenience and to confirm that Chance the Rapper has ceased the unauthorized activities cited herein.

We hope and expect that this matter can be settled amicably.  However, my client will take any and all legal action necessary to protect his intellectual property rights and expressly reserves all of his rights and remedies herein.

Thank you for your attention to this matter.

Very truly yours,

Eric L. Lane
for
GREEN PATENT LAW